The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK SCOTT BRACKETT,<br><br>Defendant. | NO. CR 05-0215P<br><br>ORDER |

This Court having considered the Stipulation of the parties hereby grants the parties' request for a continuance of the trial date. Defendant Patrick Scott Brackett has indicated his knowing, voluntary and intelligent waiver of his right to speedy trial by executing a written waiver of his right to a speedy trial through November 15, 2005.

In view of the parties' agreement to continue the trial date, for the reasons stated in their stipulation, the defendant's knowing, voluntary and intelligent waiver of his right to a speedy trial, the parties' desire to continue to engage in plea discussions, the lock down status of the defendant at Pioneer Center North, and the interest of the public in assuring the accused adequate, effective, and continued representation by counsel presently assigned, this Court finds that the ends of justice served by granting a continuance outweighs the best interest of the public and the defendants in a speedy trial.

ORDER - 1

**LAW OFFICES OF**
**STEWART P. RILEY**
Suite 4000, 800 Fifth Avenue
Seattle, Washington 98104
(206) 622-0925  FAX (206) 292-9736

The parties' motion for a continuance is granted. The trial is set for October 31, 2005. The time from filing the stipulated motion through the new trial date shall be excludable under the Speedy Trial Act, Title 18, USC Section 3161(h)(8)(A).

Dated this 5th day of August, 2005

/S/ Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Stewart P. Riley
Attorney for Patrick Brackett
800 Fifth Avenue, Suite 4000
Seattle, WA 98104
Telephone: 206-622-0925
Facsimile: 206-292-9736

ORDER - 2

LAW OFFICES OF
**STEWART P. RILEY**
Suite 4000, 800 Fifth Avenue
Seattle, Washington 98104
(206) 622-0925  FAX (206) 292-9736