UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

PATRICK SCOTT BRACKETT,

Defendant.

CASE NO.CR05-215P

PROPOSED FINDINGS OF
FACT AND DETERMINATION
AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE

## INTRODUCTION

I conducted a hearing on alleged violations of pre-trial release in this case on September 26, 2005. The United States was represented by Janet Freeman, the defendant was represented by Stewart Riley, Lonnie Kaman was present from U.S. Pre-trial Services. The proceedings were recorded on disk.

## BACKGROUND

Defendant had been placed on pre-trial supervision on May 19, 2005. His trial was assigned to the Hon. Marsha J. Pechman, of this court with trial set for October 31, 2005. . In open court he was advised of the conditions of pre-trial release and, germane here, after one termination, he was readmitted and finally successfully completed treatment at Pioneer center North.

The conditions of supervised release included requirements that the defendant comply with the standard 13 conditions.

## ALLEGED VIOLATIONS AND THE DEFENDANT'S ADMISSION

USPTSO Brenda Amundson alleged that the defendant violated the conditions of pre-trial

supervision in two respects:

    (1)    By using and consuming cocaine on or about September 15, 2005 in violation of the conditions set forth in the appearance bond;

    (2)    By being terminated from the half-way house on or about September 23, 2005 in violation of the conditions set forth in the appearance bond.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing the defendant admitted the violations one and two, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. Pechman.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 28th day of September, 2005.

_/s/ M. J. Benton_

MONICA J. BENTON
United States Magistrate Judge

cc:  Sentencing Judge : Hon. Marsha J. Pechman
Assistant U.S. Attorney : Janet Freeman
Defense Attorney : Stewart Riley
U. S. Pre-Trial Services Officer : Brenda Amundson